UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                        Chapter 7

DONNA MARIE HAYES,                                                                      Bky Case No. 19-51036

                Debtor.

---

## NOTICE OF SETTLEMENT

To:    The United States Trustee, all creditors and other parties in interest.

On **July 8, 2020**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

This case was filed on December 27, 2019, and J. Richard Stermer is the bankruptcy trustee appointed in this case. The debtor scheduled a Marital Lien interest in Real Property located at 24182 - 255th Avenue, Pierz, MN in Morrison County, owed to debtor by her ex-husband, Freeman Hayes, in the approximate amount of $150,000, with payments until 2035. Based on information and belief, Freeman Hayes has made payments totaling approximately $37,000 to the debtor toward the Marital Lien debt leaving an approximate balance owed on the Marital Lien in the amount of $113,000. Debtor initially claimed the debt owed to her, secured by the Marital Lien, as her exempt homestead under 11 U.S.C. 522 (d)(1) even though Debtor had claimed her actual residence as her exempt homestead under 11 U.S.C. 522 (d)(1). The Trustee objected to debtor's claim of exemption in the debt owed under the Marital Lien pursuant to 11 U.S.C. 522(d)(1). The Court sustained the Trustee's objection to debtor's claim of exemption in the Marital Lien debt.

The debtor has subsequently amended schedules and claimed exemption in the Pierz, MN property under 11 U.S.C. 522(d)(5) in an amount up to any applicable statutory limit. Debtor has available to her under 522(d)(5) approximately $7413 depending on any 2019 tax refunds.

The Trustee has received an offer of $50,000 from Freeman Hayes, the ex-spouse who owes the debt on the Marital Lien, which is now non-exempt property of the bankruptcy estate. Mr. Hayes agrees to pay the $50,000 settlement within 90 days of Bankruptcy Court approval and, in consideration of the $50,000 payment, the bankruptcy estate will satisfy the Judgment to extinguish Debtor's interest in the real property located at 24182 - 255th Avenue, Pierz, MN 56364-0000, Morrison County. Based upon the uncertainties and costs involved in liquidating the assets, the Trustee believes that this settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is

required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 404 U.S. Courthouse | 300 So. 4th St. | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: June 11, 2020

*/e/ J. Richard Stermer*
J. Richard Stermer, Trustee
P. O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491
rstermer@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
19-51036 DIVISION

| IN RE: DONNA MARIE HAYES | CASE NO: 19-51036 |
|---|---|
|  | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
|  | Chapter: 7 |

On 6/12/2020, I did cause a copy of the following documents, described below,

NOTICE OF SETTLEMENT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/12/2020

/s/ J. Richard Stermer
J. Richard Stermer  216811
Stermer & Sellner, Chtd
102 Parkway Drive, PO BOX 514
Montevideo, MN  56265
320 269 6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
19-51036 DIVISION

| | |
|---|---|
| IN RE: DONNA MARIE HAYES | CASE NO: 19-51036 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 6/12/2020, a copy of the following documents, described below,

NOTICE OF SETTLEMENT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
J. Richard Stermer
Stermer & Sellner, Chtd
102 Parkway Drive, PO BOX 514
Montevideo, MN  56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                          EXCLUDE                            BANK OF AMERICA
 LABEL MATRIX FOR LOCAL NOTICING   DULUTH                             PO BOX 982238
08645                              404 US COURTHOUSE                  EL PASO TX 79998-2238
CASE 19-51036                      515 WEST FIRST STREET
DISTRICT OF MINNESOTA              DULUTH MN 55002-1302
DULUTH
THU JUN 11 14-34-31 CDT 2020


BARCLAYS BANK DELAWARE             CENTRAL MINNESOTA CU               CITISEARS
ATTN CORRESPONDENCE                ATTN BANKRUPTCY                    CITIBANKCENTRALIZED BANKRUPTCY
PO BOX 8801                        PO BOX 10                          PO BOX 790034
WILMINGTON DE 19899-8801           MELROSE MN 56352-0010              ST LOUIS MO 63179-0034


CITIBANK                           CITIBANK NA                        DISCOVER BANK
ATTN RECOVERYCENTRALIZED BANKRUPTCY 5800 S CORPORATE PL               DISCOVER PRODUCTS INC
PO BOX 790034                      SIOUX FALLS SD 57108-5027          PO BOX 3025
ST LOUIS MO 63179-0034                                                NEW ALBANY OH 43054-3025


DISCOVER FINANCIAL SERVICES LLC    FIRST NATIONAL BANK                PERI GARITE
PO BOX 3025                        ATTN BANKRUPTCY                    ATTN CARD WORKS
NEW ALBANY OH 43054-3025           1620 DODGE ST MAILSTOP 4440        101 CROSSWAYS PARK DR W
                                   OMAHA NE 68197-0002                WOODBURY NY 11797-2020


RUSSELL HAYES                      US BANK                            EXCLUDE
1204 1ST AVE SW                    PO BOX 5229                        US TRUSTEE
LITTLE FALLS MN 56345-1410         CINCINNATI OH 45201-5229           1015 US COURTHOUSE
                                                                      300 S 4TH ST
                                                                      MINNEAPOLIS MN 55415-3070


US BANK                            BANK BANK OF AMERICA NA            DEBTOR
ATTN CBDH                          16001 N DALLAS PARKWAY             DONNA MARIE HAYES
OSHKOSH WI 54903                   ADDISON TX 75001-3311              710 4TH ST SW
                                                                      LITTLE FALLS MN 56345-1933


EXCLUDE                            EXCLUDE
J RICHARD STERMER                  JAKE PEDEN
STERMER  SELLNER CHTD              KAIN  SCOTT
102 PARKWAY DRIVE                  6445 SYCAMORE COURT N
PO BOX 514                         MAPLE GROVE MN 55369-6028
MONTEVIDEO MN 56265-0514
```